# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUPERTO BRISENO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | NO.  CV-08-3019-LRS<br><br>ORDER OF DISMISSAL |

Upon the Joint Motion of the parties, Ct. Rec. 10, which is hereby GRANTED, IT IS ORDERED that this matter is dismissed with prejudice and without costs.

DATED this  6th  day of      April            , 2009.

　　　　　　　　　　　　s/Lonny R. Suko
　　　　　　　　　　　　_____
　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1